NOTE CHANGES MADE BY<br>THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through her Guardian ad Litem, CANDICE WADLEY,<br><br>            Plaintiff(s),<br><br>            v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, a public entity; MARICA THOMPSON, an individual; NANCY RAMIREZ, an individual; and DOES 1 through 10, Inclusive,<br><br>            Defendant(s) | **CASE NO. 2:19-cv-2100 JWH-PLAx**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PROTECTIVE ORDER GOVERNING PRODUCTION OF CONFIDENTIAL INFORMATION** |

///

///

---

– 1 –

**ORDER JOINT STIPULATION REGARDING PROTECTIVE ORDER GOVERNING PRODUCTION OF CONFIDENTIAL INFORMATION**

Having considered the parties' Joint [PROPOSED] Stipulation Regarding Protective Order Governing Production of Confidential Information and good cause appearing, is ordered that the Joint Stipulation govern the Confidential Information designated in this case.

DATED: October 14, 2020

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

**ORDER JOINT STIPULATION REGARDING PROTECTIVE ORDER GOVERNING PRODUCTION OF CONFIDENTIAL INFORMATION**